# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 16, 2010

*Before*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

THERESA L. SPRINGMANN, *District Judge*<sup>*</sup>

No. 08-1401

| | |
|---|---|
| JOSEPH PRICE, | Appeal from the United States |
| *Petitioner-Appellant*, | District Court for the Northern |
| | District of Illinois, Western Division. |
| *v.* | |
| | No.  07 C 50111 |
| GUY PIERCE, | |
| *Respondent-Appellee*. | Frederick J. Kapala, |
| | *Judge*. |

**ORDER**

The slip opinion of August 13, 2010, is amended as follows:

On the top of page 10, second line, "§ 2255 " is deleted and replaced with "§ 2254."

---

<sup>*</sup> Hon. Theresa L. Springmann, District Judge for the Northern District of Indiana, sitting by designation.